IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIRLEY SHEPHERD | : | MDL 875 |
| | : | |
| v. | : | |
| | : | EDPA CIVIL NO. |
| PNEUMO-ABEX, LLC, et al. | : | 09-91428 |

**ORDER**

AND NOW, this 30th day of August, 2010, upon consideration of the letter briefs submitted regarding the Defendants' request for information contained in the claims submitted by Plaintiff to bankruptcy trusts, and for the reasons stated in the accompanying Memorandum, IT IS HEREBY ORDERED that the Defendants' request for the bankruptcy trust claims is GRANTED. The information supplied to Defendants shall be redacted to eliminate any reference to offers of compromise or ultimate settlement amounts.

BY THE COURT:

_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE